UNITED STATES DISTRICT COURT

| | |
|---|---|
| HAKEEM PELUMI, | : Case No.: C.A. 08-107ML |
| Plaintiff, | : |
| vs. | : |
| MICHAEL HOULE individually, | : |
| Defendant | : |

AMENDED ORIGINAL COMPLAINT

**ALLEGATION OF JURISDICTION**

1. Jurisdiction is proper in this court according to 28 U.S.C 1343, 42 U.S.C. 1983 and 42 U.S.C. 1985. ,Rhode Island General Laws, Title 4, Chapter 4-13.1 "Regulation of vicious dogs. Section 4-13.1-7 "Viscious Dog". RI Constitution, Article 1, section 5 entitled "Ethical conduct-Use of position for private gain. Also, both defendant and his wife are citizens of the state of Massachusettes. Thereby giving rise to Federal Court's Total Diversity jurisdiction.
2. Plaintiff, Hakeem Pelumi, has his principal place of residence at 182. Cumberland Street. Apt 75,City of Woonsocket, Providence County, State of Rhode-Island.
3. Upon information and belief, defendant, Michael Houle is a citizen of the state of Massachusettes. Mr Michael L.A Houle is the Woonsocket police chief and his wife, Officer Marsha Houle of Woonsocket Police Department are the duly owners of the dog and are in control and responsible for the dog.

4. On August 21, 2006, at 104 Sayles Street in Woonsocket, Rhode-Island, the defendant **WILFULLY** brought his family dog to a **"NO PET ALLOWED" on the premises** where plaintiff resides.

5. As a result, plaintiff was attacked and bitten by the dog **(UNPROVOKED)** and was otherwise injured, suffered great pain of body and mind, and incurred expenses for medical attention.

6. In August 2006, the incident was reported to the Woonsocket Police Department by **officer Marsha Houle, (Michael Houles Wife)** who was on detail assignment in the building at the time, **CONSPIRED** with her husband and **WILLFULLY LIED** on the police report with **INTENT to COVER UP** the DOG BITE incident. **Conspired** and **Tampered with the witnesses** to back up their lies.

**Count IV**

7. 313 US 299, 326 (194) "Missuse of power, possessed by virtue of state law and made possible only because the defendant is clothed with the authority of state law;Personal Injury Claim against Defendant Houle is actionable due to wilfullness and negligence act pursuant to Rhode Island State Law and the Rhode Island Constitution

The Plaintiff, Hakeem Pelumi, also brings this action under RI Constitution, Article 1, Section 5 entitled "Entitlement to remedies for injuries and wrongs; Article 3, Section 7 entitled "Ethical conduct-Use of Position for private gain against Defendant, Michael Houle

Wherefore, Plaintiff further seek General Damages Award in the sum of $15,000.00 for injury, $35,000.00 for Compensatory Damages Award, and $50,000.00 For Punitive Damages Award for a total of $100,000.00

WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Michael Houle, under Title 1, Section 5 of the Rhode-Island General Laws, in

Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for injury, damages and wrongs, and such other relief as this court deems just and proper.

Plaintiff demands a trial by jury.

Dated this 17th day of April, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

# CHAIN OF EVENTS

**Date: 03/21/08**
**CC:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** DOG BITE INCIDENT and POLICE MISCONDUCT OF 08/21/06

**08/21/06:** Walking along the lobby of my residence at 104, Sayles street in Woonsocket, (A residence with standing "NO PETS ALLOWED POLICY"), I was attacked and bitten by Michael Houle's dog unprovoked. Mr. Houle was then the **Chief of Woonsocket Police Department and his wife, Marsha Houle was the officer on duty on the premises at the time of the incident.**
I immediately called 911 and reported the incident with my cell-phone, after Marsha Houle (Wife of Michael Houle), the officer on duty resisted to do so.

**08/21/06:** I attended LANDMARK HOSPITAL in Woonsocket where I was not properly treated and released for my pains and injuries. Just because the word got around that plaintiff lied against the chief. **(A rumor spread around by Marsha Houle and her Husband with the INTENT to COVER UP the Dog Attack).** And Abuse of influence by brainwashing the kids that witnessed the incident to LIE in her and her husbands favor. **(A City Chief of Police and Wife's conspiracy in concealing material fact of issue)**

**08/22/06:** I went to see my Doctor, Peter Rintels for follow-up, but was told he's on vacation, and was attended to by Dr. Vishram Rege who inspected the spot and sent me to Rhode-Island Hospital for further treatment. Dr. Vishram also gave me a note that indicated a dog bite injury.
**08/22/06:** Attended Rhode-Island Hospital where I was treated for DOG BITE INJURIES, and later released

**08/23/06: With INCREASING PAIN** and **SWELLING,** I Attended Rhode-Island Hospital again for treatment. I also called the Animal Control Department to report the incident.
**09/12/06:** Incident was reported to Rhode-Island Department of health due to Increasing pain, swelling, and dizziness after another visit to Rhode-Island Hospital. I was given a Dog Bite incident form, which was completed and given a copy by the staff for my records,

**09/13/06:** Ray Rivera, a friend and neighbor stopped by, saw the swelling and my looking very ill advised me to take pictures of the spot. Ray Rivera went to get his camera and took the pictures. (Witness and Evidence).

**09/18/06:** I went to pick up the Police report at the station. The chief was notified and he came downstairs to SHOVE the papers in my hand together with an Arrest threat; I quote in Verbatim. "YOU LIED ABOUT THE DOG BITE AND YOU'RE SEEKING A LICENSE FROM ME. YOU'RE NOT GETTING ANY LICENSE FROM ME, YOU

HAVE A RECORD AND, YOU SHOULD GO AND DON'T COME HERE HARRASSING MY PEOPLE.... NEXT TIME YOU DO, I'LL GET YOU ARRESTED, NOW GET OUT". Officer **Marsha Houle INTENTIONALLY LIED ON THE POLICE** REPORT so as to **conceal the truth and thereby protecting her husband's wrongdoing.**

**1/27/07:** A Dated letter from FLAGSHIP (The Management Company of my Apartment). Sent to my then lawyer, (Mr. Bagus) stating The Dog Belong to Michael Houle and that the Chief VIOLATED THE HOUSING POLICY THAT NO DOGS ARE ALLOWED ON THE PROPERTY AT ANY TIME.

**3/06/08:** Providence Journal: Ex-Patrolwoman **Marsha Bish,** formerly Mrs Marsha Houle came clean and alleged **her EX-husband, Ex Chief Michael Houle** and his **deputy, Dubois Bish CHANGED TEST SCORES ON POLICE EXAMS IN 2004 SO AS TO GET HER ON THE POLICE DEPARTMENT---- A CONSPIRACY BETWEEN ALL THREE.**

**SUMMARY:** The above chain of events clearly indicate that "The defendants documents are **FALSE** and **FRAUDULENT** and the fact supporting this conclusion are shown in the newspapers **CLEARLY INDICATING DEFENDANTS CHARACTER.**