**UNITED STATES DISTRICT COURT OF RHODE ISLAND.**

| | |
|---|---|
| **HAKEEM .B. PELUMI,** | |
| **182 CUMBERLAND ST. APT#: 75,** | **Case No.: C.A 08-84 ML** |
| **WOONSOCKET. RI. 02895,** | **C.A-08-85 ML** |
| | **C.A. 08-86 ML** |
| | **C.A. 06-87 ML** |
| **Plaintiff,** | **C.A. 08-105** |
| | **C.A. 08-106** |
| **vs.** | **C.A. 08-107** |
| STATE OF R.I et al. | |

**REQUEST OF SERVICE BY U.S MARSHALL**

**Honorable Judge Licoln Almond.**

**Sir,**

The above named cases haven been granted IFP status, Plaintiff hereby humbly request the court ordered the process be served upon the defendants by the UNITED STATES MARSHALL.

Thank you

**By Plaintiff,**

**Hakeem Pelumi**

**Dated:** 4/21/08 **182 Cumberland St. Apt: 75**

**Woonsocket. R.I 02895.**