HAKEEM PELMI
182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

THE UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HAKEEM PELUMI,<br>Plaintiff,<br>vs.<br>MONIQUE LANRY, Individually and in her official capacity, OFFICER CUTE, individually and in his official capacity. et -al., DENNIS GERSTMEYER, individually and in his official capacity. et-al, GORDONG HEPWORTH. individually and in his official capacity. State of Rhode-Island. Et-al, City of Woonsocket. Et-al, and Michael Houle.<br>Defendant | Case No.: C.A. No 08-84ML, 08-85ML, 08-86ML, 08-87ML, 08-105ML, 08-106ML, 08-107ML.<br><br>**MOTION TO AMEND AND LEAVE OF COURT** |

**MOTION TO AMEND AND REQUEST FOR LEAVE OF COURT**

Now come Plaintiff, Hakeem Pelumi, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby moves to Request Leave of Court and to Amend all the Plaintiff's complaints, on the in order to comply with the court's second Report and Recommendations.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant this motion to Amend

Dated this 12th day of June, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

Copies sent to Laura Marasco. Defendants atty prepaid. today 6/12/08