***Supplement to Objection to Report and Recommendations as filed in***
***CA 08-84ML, CA 08-85ML, CA 08-86ML, CA 08-87ML,***
***CA 08-105ML, CA 08-106ML, CA 08-107ML***

Ref to # (B)
CA. No. 08-87
08-84.

INSURANCE

PO Box 8050
Ballston Spa, NY 12020-8050
Hours of Operation:
Mon-Fri 7am-7pm; Sat 9am-5pm

May 1, 2007

Hakeem Pelumi
182 Cumberland St Apt 75
Woonsocket, RI 02895

RE: Claim Number: 52-8112-868
Date of Loss: October 18, 2006
Our Insured: Jamie L Coher
Policy Number: 0900-021-52A

Dear Mr. Pelumi:

We have completed the investigation of your claim and find our insured is not responsible for this loss because:

You waved our insured out at an uncontrolled intersection and then accelerated into her. You are the tortfeasor in this loss.

Accordingly, we are unable to give your claim further consideration. Should you provide further information concerning this loss we will review our decision at that time.

If you have any questions, please contact us.

We will be available to you to discuss the position we have taken. Should you, however, wish to contact the Rhode Island Department of Business Regulation, you may do so at the address listed below. In certain limited circumstances the Department may have jurisdiction pursuant to R.I. Gen. Laws Section 27-9.1-6 and therefore, you may be able to have the matter reviewed by the Department. The Department of Business Regulation does not have authority to settle or arbitrate claims, determine liability or order an Insurer to pay a claim.

Note

Rhode Island Department of Business Regulation
Insurance Division
233 Richmond Street,
Providence, Rhode Island 02903

The Rhode Island Department of Business Regulation, Insurance Division can be contacted by telephone at (401) 222-2223.

Sincerely,

Gordon Hepworth

Gordon Hepworth
Claim Representative
State Farm Mutual Automobile Insurance Company
(800) 291-1080 Ext. 2

Ref to #(3)
CA. NO. 08-86ML.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RHODE ISLAND TRAFFIC TRIBUNAL
345 Harris Avenue
Providence, R.I. 02909 - 1082

DATE: 6-26-01

All Motions are done in the Providence Court

MOTION TO VACATE JUDGEMENT

Motorist Name: PELUMI (Last) HAKEEM. (First) B. (MI)

Address: 104, SAYLES ST. # 312

Phone #: (401) 769-9827 License #: 2070502 (State)

Summons #: 01.412.000622

Hearing Date: THURSDAY, JULY 26th. 01 (Not less than 5 days from filing date) @ 2:00 pm Courtroom 1A (Providence)

I. Reason for Motion: FALSE ACCUSATIONS (DISCRIMINATION. ILLEGALLY SEARCHED, STOPPED & STRIPPED OF MY CAR. FOR NO JUSTIFIABLE REASONS.

II. I hereby certify that I have a valid Defense to the charge(s). The defense is as follows:

YES, I. DO.

(Signature of Attorney)

(Signature of Motorist)

CERTIFICATION

(PRINT NAME)

I, HAKEEM B. PELUMI do hereby certify that I have caused to be forwarded a copy of the above Motion by regular mail postage prepaid to the ( ) WOONSOCKET Police Department / and or Attorney General for Breathalyzer cases only on the 26th. (Day) Day of JUNE, (Month) 2001 (Year)

01 JUN 26 AM 11:54

PROGRESSIVE

Progressive Claims
Gardens Office Park
1350 Division Road, Suite 200
West Warwick, RI 02893

Claim number: 06-0132718
Date of loss: 10/18/06
Today's date: 10/24/06

Hakeem Palumi
277 High St
Woonsocket, RI 02895

**800-PROGRESSIVE (800-776-4737)**
24 hour claims service, 7 days a week
**Se habla español.**

## Claim Information

An accident involving you has been reported to us. According to R.I. Regulation 73, we are notifying you that you do not have any rental coverage on your policy for the above-referenced accident.

Our investigation into the facts of the accident and/or coverage available is ongoing. Therefore, we cannot make any offers of settlement at this time. Once the investigation is complete, we will contact you with our decision. The statute of limitations expires 10/18/2016.

Should you wish to contact the Rhode Island Department of Business Regulation, you may do so at the address listed below. In certain limited circumstances, the Department may have jurisdiction pursuant to R.I. General Laws 27-9.1-6. Therefore, you may be able to have the matter reviewed by the Department. The Department of Business Regulation does not have the authority to settle or arbitrate claims, determine liability or order an Insurer to pay a claim. The Department's address is 233 Richmond Street, Providence, RI 02903. The Rhode Island Department of Business Regulation can be contacted by telephone at 401-222-2223. – Note

Please call me as soon as possible if you have any questions.

Monique Landry
Claims Representative

1-401-827-1204
Phone Number

Progressive Casualty Co.
Progressive Company Name

Fax Stephanie
401-885-9678
Monique

Donna
827-1155