**UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF RHODE-ISLAND**

| | |
|---|---|
| HAKEEM PELUMI,<br>Plaintiff,<br>vs.<br>MONIQUE LANRY, Individually and in her official capacity, OFFICER CUTE, individually and in his official capacity. et -al., DENNIS GERSTMEYER, individually and in his official capacity. et-al, GORDONG HEPWORTH. individually and in his official capacity. e,<br>Defendants | Case No.: C.A. No 08-84ML, 08-85ML, 08-86ML, 08-87ML, 08-105ML, 08-106ML, 08-107ML. |

**MOTION TO REQUEST A HEARING** . FRCP.59, FRAP.4.

Plaintiff, Hakeem Pelumi, hereby humbly request the court to grant an oral/ or evidentiary hearing regarding the court's adoption of the Report and Recommendation to dismiss all seven cases filed by the Plaintiff. The judgment, which was entered in this action on the 30th day of June 2008.

Dated this 10th day of July, 2008

Denied.
Mary M. Lisi
USDJ 7/11/08

~~182 CUMBERLAND STREET.~~
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI